**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

IN RE:
    EDWARD TRAE GREEN, III      Case No.: 09-17646-SSM
    **Debtor.**      Chapter 13

## APPLICATION FOR ATTORNEY'S FEES

COMES NOW, Scott H. Donovan, Counsel for Debtor, and applies to this Court for an award of Attorney's fees and costs and in support of said Motion represents to the Court as follows:

1.    That the Debtor filed a Petition for relief under the provisions of Chapter 13 of the Bankruptcy Code on September 18, 2009

2.    That in representation of the Debtor, the applicant has provided those services set forth in the Invoice, attached hereto and incorporated herein by reference as Exhibit A which sets forth pursuant to Rule 2016, (1) a detailed statement of the services rendered, time expended totaling $7,500.00 including the filing fee in this matter, and (2) the amount requested of $6,000.00.

3.    That the applicant does hereby state that the Debtor has heretofore paid a total of $1,500.00 from the Debtor's funds prior to the filing of this case, and promised to compensate the applicant at his hourly rate of $250.00 for the applicant's time representing the Debtor in this case.

4.    That there has been no sharing of compensation with any other entity or Attorney.

SCOTT H. DONOVAN, PC
Attorney at Law
9402 GRANT AVENUE
MANASSAS, VIRGINIA 20110
(703) 257-1159
FAX: (703) 335-1620
ScottHDonovan@aol.com

5.  That the fees were reasonable and necessary in order to benefit the debtor and the Estate, the services provided contain no charges of a type normally prohibited in this jurisdiction, and the payment of the fees are provided for in the Confirmed Modified Plan.

WHEREFORE, applicant requests this Court award Attorney's fees and costs of $7,500.00, including $1,500.00 already paid by Debtor, and an additional $6,000.00 to be paid forthwith as a priority administrative expense prior to all others creditors; and for such other and further relief as may seem just.

SCOTT H. DONOVAN, P.C.

/s/Scott H. Donovan
SCOTT H. DONOVAN, ESQUIRE
VSB #24592

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically delivered to The U.S. Trustee, Thomas Gorman, Chapter 13 Trustee, and to Debtor, this 10th day of March, 2011.

/s/Scott H. Donovan
Scott H. Donovan, Esquire

SCOTT H. DONOVAN, PC
Attorney at Law
9402 GRANT AVENUE
MANASSAS, VIRGINIA 20110
(703) 257-1159
FAX: (703) 335-1620
ScottHDonovan@aol.com

-2-

# **EXHIBIT A**

# Scott H. Donovan, P.C.
**9402 Grant Avenue**
**Manassas, VA  20110-5536**
**ScottHDonovan@aol.com**
**703-257-1159, fx703-335-1620**

**Invoice**

| DATE | INVOICE # |
|---|---|
| 9/16/2009 | 5867 |

| BILL TO |
|---|
| Green, Edward, III<br>10241 Roberts Common Lane<br>Burke, VA  22015 |

| TERMS |
|---|
|  |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 9/15/2009 | Initial Consultation regarding Bankruptcy | 1 | 250.00 | 250.00 |
| 9/16/2009 | Research regarding Equitable Distribution Claim in Bankruptcy 7 vs 13; Teleconf with Mr Green; Teleconf with Don Coulter, Divorce Attorney. | 3 | 250.00 | 750.00 |
| 9/17/2009 | Meeting with Mr Green to discuss Chapter 13 options; Prepare Petition and other Bk papers; Teleconf with Mr Green re Inc/Exp Statement and Income records; Meeting with Mr Green to sign papers | 4 | 250.00 | 1,000.00 |
| 12/1/2009 | Received and reviewed Objection to Plan Motion to Dismiss Plan; Teleconf with client | 0.3 | 250.00 | 75.00 |
| 12/9/2009 | Prepare for hearing. | 1 | 250.00 | 250.00 |
| 12/9/2009 | Go to BK court and conduct Confirmation Hearing. | 5 | 250.00 | 1,250.00 |
| 12/31/2009 | Message from client requesting documents for Atty Coulter; Email to Green with copies of all BK. | 0.2 | 250.00 | 50.00 |
| 1/27/2010 | Received and reviewed Opinion of Judge Mitchell; Teleconf with client | 1 | 250.00 | 250.00 |

**Total**

**Balance Due**

**Scott H. Donovan, P.C.**
**9402 Grant Avenue**
**Manassas, VA  20110-5536**
**ScottHDonovan@aol.com**
**703-257-1159, fx703-335-1620**

Invoice

| DATE | INVOICE # |
|---|---|
| 9/16/2009 | 5867 |

| BILL TO |
|---|
| Green, Edward, III<br>10241 Roberts Common Lane<br>Burke, VA  22015 |

| TERMS |
|---|
|  |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/11/2010 | Received and reviewed explanation of increase of Credit Line; Check Claims Register to see Sonia Green not file Proof of Claim; Teleconf with client; Prepare modified plan. | 2 | 250.00 | 500.00 |
| 2/17/2010 | Received and reviewed Crosson's motiion for leave to file a late claim; Draft Response to motion. | 2 | 250.00 | 500.00 |
| 3/22/2010 | Meeting with Mr Greene | 0.5 | 250.00 | 125.00 |
| 3/24/2010 | Prepare for hearing; Meeting with Trustee outside of Court before hearing; Attend Motion for leave to file an informal Proof of Claim;  Meeting with Crossen and client in hallway after court. | 2.5 | 250.00 | 625.00 |
| 5/5/2010 | Prepare and file Subpoena Duces Tecum to Bank of America; Several teleconfs with BOA representatives regarding Subpoena issues | 1.5 | 250.00 | 375.00 |
| 5/14/2010 | Meeting with client to go thru multiple Bank Statements to determine balances in all accounts and to collect statements from HELOC with BOA since 1/2008.  Prepare Answers and Responses to Discovery from ex-wife Sonia. | 2.5 | 250.00 | 625.00 |

**Total**

**Balance Due**

# Scott H. Donovan, P.C.
**9402 Grant Avenue**
**Manassas, VA  20110-5536**
**ScottHDonovan@aol.com**
**703-257-1159, fx703-335-1620**

**Invoice**

| DATE | INVOICE # |
|---|---|
| 9/16/2009 | 5867 |

| BILL TO |
|---|
| Green, Edward, III<br>10241 Roberts Common Lane<br>Burke, VA  22015 |

| TERMS |
|---|
|  |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/26/2011 | Prepare for hearing and Court appearance for hearing on Confirmation of First modified plan | 2.5 | 250.00 | 625.00 |
| 12/30/2010 | Received and review Memo of Opinion from Judge Mitchell; Revise and email revised Plan to client. | 1 | 250.00 | 250.00 |

| | Total | $7,500.00 |
|---|---|---|
| | **Balance Due** | $6,000.00 |